# United States Bankruptcy Court
## Southern District of New York

In re    **BARQUET GROUP, INC.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BARQUET GROUP, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____6-28-11_____
Date

_____
**Barton Nachamie**
Signature of Attorney or Litigant
Counsel for    **BARQUET GROUP, INC.**
**Todtman Nachamie Spizz & Johns PC**
**425 Park Avenue**
**5th Floor**
**New York, NY 10022**
**212-754-9400 Fax:212-754-6262**
**bnachamie@tnsj-law.com**