TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Proposed Counsel to **Barquet Group, Inc. and**
  **Ramis Barquet**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :        Chapter 11

BARQUET GROUP, INC.,                            :        Case No. 11-13116 (MG)

                        Debtor.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :        Chapter 11

RAMIS BARQUET,                                  :        Case No.: 11-13117 (MG)

                        Debtor.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


<u>**AMENDED AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK    )
                                 : ss.:
COUNTY OF NEW YORK )

        Sheree Nobles, being duly sworn, deposes and says:

        I am over the age of eighteen, not a party to the action, and reside in the County
of Bronx, State of New York.

        On June 29, 2011, I served true copies of the following:

(i)        Notice of Motion and Motion Pursuant to Rule 1015(b) of the Federal
           Rules of Bankruptcy Procedure for an Order Directing Joint Administration
           of Chapter 11 Cases;

(ii)     Notice of Motion and Motion Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure for an Order Extending Debtors' Time to File Schedules and Statements of Financial Affairs; and

(iii)    Order Scheduling Initial Case Conference

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the last known address of the parties listed on the annexed service list.


  s/ Sheree Nobles
                    Sheree Nobles

Sworn to before me this 12th
day of July, 2011


  s/ Barbara F. Gonsalves
Notary Public, State of New York
No. 01GO4716132
Qualified in Richmond County
Commission Expires January 31, 2015

# SERVICE LIST

23RD ST. COMMERCIAL LLC
42-06 253TH STREET
DOUGLASTON, NY 11363

601 WEST ASSOCIATES, LLC
601 WEST 26TH ST. - #1260
NEW YORK, NY 10001

A LA VIELLE RUSSIE
781 FIFTH AVENUE
NEW YORK, NY 10022

ADAM REICH INC.
813 GREENWOOD AVENUE
BROOKLYN, NY 11218

AIR STREAM
245 NEWTOWN ROAD
SUITE 305
PLAINVIEW, NY 11803

ALBA, PAUL
102 GLENWOOD AVENUE
POINT LOOKOUT, NY 11569

AMANN & ESTABROOK CONSERVATION
435 HUDSON STREET
NEW YORK, NY 10004

ARTFORUM INTERNATIONAL
350 SEVENTH AVENUE
19TH FLOOR
NEW YORK, NY 10001

ATOMIC DESIGN, INC.
526 WEST 26TH STREET
SUITE 905
NEW YORK, NY 10001

BECHARA, TONY
47 EAST 19TH STREET
NEW YORK, NY 10003

BERGANTINOS, JESUS
AV. RAYMUNDO FERNANDEZ
VILLAVERDE APT. 23E
MADRID, SPAIN 28001

BERNARDO CANALES, ESQ.
RICARDO MARGAIN 240,3ERPISO2
COL.VALLE DELCAMPESTRE,S.PEDRO
GARZA GARCIA NL MEXICO CP66265

BETSABEE ROMERO
TOLEDO 125 COL. ALAMOS
MEXICO D.F. 03400

BRUNET, FERNANDA
AV. MONTE DE LAS CURCES 243,
COL. ACOPILCO
MEXICO, D.F. 05410

CADOGAN TATE
41-20 39TH STREET
SUNNYSIDE, NY 11104

CARLOS ASHIDA/ARENA MEXICO
PABLO VILLASENOR #21,
SECTON HILDAGO, GUADALAJARA
JALISCO, 44600 MEXICO

CHARPENEL, PATRICK
VALLARTA #49
COYOACAN, MEXICO, D.F. 04000

CHARPENEL, PATRICK
999 AV. AMERICAS, PISO 22
GUADALAJARA, MEXICO 44620

CHRISTIE'S
20 ROCKEFELLER PLAZA
NEW YORK, NY 10020

CITYFRAME, INC.
CALLICOON, NY 12723

COLOR CODED LLC
30-30 47TH AVE. - 4TH FL.
LONG ISLAND CITY, NY 11101

CORDOVA PLAZA
ANIL 445-B COL. GRANJAS
MEXICO 08400
MEXICO, D.F.

DAVID JONES FINE ART SERVICES
3500 NW BOCA RATON BLVD.
SUITE 621
BOCA RATON, FL 33431

DEROSETTE, ANGELA
68 JAY STREET - #806
BROOKLYN, NY 11201

DEWITT STERN/IPFS CORPORATION
BOX 9045
NEW YORK, NY 10087-9045

DIAMOND, JAMIE
300 BLEEKER STREET, APT 2A
NEW YORK, NY 10004

ERIZAN INC.
P.O. BOX 306
CALLICOON, NY 12723

FEDERAL EXPRESS
P.O. BOX 1140
MEMPHIS, TN 38101-1140

FIGI, JOHN TODD
1260 PROSPECT ST.
LA JOLLA, CA 92037

GALERIA ENRIQUE GUERREO
HORACIO 1549
MEXICO D.F. 11540

GARZA, YOLANDA A/KA GONZALEZ
AVE. VASCONCELOS #811 PTE. COL
DEL VALLE, GARZA
GARCIA N.L. 66220

GLOBAL PRODUCTS / NS INT'L
P.O. BOX 20579
NEW YORK, NY 10021

HENDRIX, JAN
TABASCO 295 COL. ROMA
MEXICO, D.F. 06700

HOME DEPOT
P.O.BOX 183175
COLUMBUS, OH 43218-3175

INTERCOM ONLINE
520 BROADWAY
SUITE 1100
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
IRS INSOLVENCY UNIT A
STOP 5TH FLOOR 290 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

KALISH, JON
12 SAINT MARKS PLACE
APT. 2A
BROOKLYN, NY 11217

LAUMONT PHOTOGRAPHICS, INC.
333 WEST 52ND STREET
NEW YORK, NY 10019

LTB MEDIA
601 W. 26TH STREET
SUITE 410
NEW YORK, NY 10001

LUCIA ALFARO Y ASOCIADOS, S.A.
DE C.V.
CALLE OXTOPULCO 23 COYOACAN
MEXICO, D.F. 04318

MACAPIA, PETER
601 WEST 26TH STREET
SUITE 300
NEW YORK, NY 10001

MALAQUER, ELVIRA
CORSEGA 413
BARCELONA, SPAIN 08037

MARTIN, CARMEN
AVE. VERACRUZ #85 DPTO. 26,
COL. CONDESA
MEXICO, D.F. 06140

MEDINA-GARZA (V), IGNACIO
CASTILLO DE CHAMBORD
106 COL. VALLE DE SAN ANGEL
GARZA GARCIA N.L. 66200

MILGO/BUFKIN
68 LOMBARDY STREET
BROOKLYN, NY 11222

MOBILE PARCEL CARRIERS
443 WEST 54TH STREET
NEW YORK, NY 10019

NEOPOST INC.
1335 VALWOOD PARKWAY
SUITE 111
CARROLLTON, TX 75006

NEWSOME, RASHAAD
511 WEST 25TH STREET
SUITE 808
NEW YORK, NY 10011

NOVICK, EDELSTEIN, LUBELL,
REISMAN, WASSERMAN & LEVENTHAL
733 YONKERS AVENUE
YONKERS, NY 10704

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL
ATTN: LEGAL - DEVORA COHN
BROOKLYN, NY 11201

NYS DEPT OF TAXATION & FINANCE
W A HARRIMAN STATE CAMPUS
ALBANY, NY 12227

NYS DEPT. TAXATION & FINANCE
BANKR./SPEC. PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300

NYS UNEMPLOYMENT INS. FUND
P.O. BOX 551
BROOKLYN, NY 11201

OXFORD / UNITED HEALTHCARE
P.O. BOX 1697
NEWARK, NJ 07101-1697

PEREIRA, CATARINA LIRA
RUA DE NOSSA SENHORA DE LURDES
N.45, RIBAFRIA
BENEDITA PORTUGAL 2475-040

POLAND SPRING
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

RH LATIN AMERICAN CORP.
126 WEST 22ND STREET
#5N
NEW YORK, NY 10011

ROBERTO SILMAN ASSOCIATES
88 UNIVERSITY PLACE
NEW YORK, NY 10003

RODRIGUEZ, VICTOR
55 WASHINGTON STREET
#618
BROOKLYN, NY 11201

RODULFO, ALEXA
902 BROADWAY - 14TH FL.
NEW YORK, NY 10010

ROSENTHAL & ROSENTHAL LLC
1370 BROADWAY
NEW YORK, NY 10018

SAFE ART TRANSPORT
13-06 38TH AVE
LONG ISLAND CITY, NY 11101

SAGECREST LLC
THREE PICKWICK PLAZA - #400
GREENWICH, CT 06830

SECURITY EXCHANGE COMMISSION
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK, NY 10279

SHEPPARD MULLIN RICHTER
ROBERT FRIEDMAN / MARK MCGRATH
30 ROCKEFELLER PLAZA - #2400
NEW YORK, NY 10112

SMITH, HEATHER
242 SOUTH SANTA FE
P.O. BOX 743
SALINA, KS 67402-0666

SOTHEBY'S
1334 YORK AVENUE
NEW YORK, NY 10021

SPIELMAN KOENIGSBERG & PARKER
888 SEVENTH AVENUE
NEW YORK, NY 10106

TAFICH, JESUS DEMETRIO (DANNY)
ED. LOS SOLES, STE PB19-A
LAZARO CARDENAS 2400 PTE
GARZA GARCIA, N.L. 66260

TODD FIGI ESTATE
1260 PROSPECT ST.
LA JOLLA, CA 92037

TRAVELERS
ONE TOWN SQUARE
HARTFORD, CT 06183

UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT - ROOM 417
NEW YORK, NY 10007

UNITED STATES TRUSTEES OFFICE
33 WHITEHALL STREET - 21ST FL.
REGION 2
NEW YORK, NY 10004
ATTN: SERENE NAKANO, ESQ.

VALENTINE PACKAGING CORP.
60-20 59TH PLACE
MASPETH, NY 11378

WEISS & HILLER, PC
600 MADISON AVENUE
NEW YORK, NY 10022

WINCHESTER FINE ART SERVICES
106 BAYARD STREET
BROOKLYN, NY 11222

ZAPATA, RENATO
8402 KILLIAM INDUSTRIAL BLVD.
LAREDO, TX 78045

ZEISLER & ZEISLER
ATTN: JAMES BERMAN, ESQ.
558 CLINTON AVENUE
BRIDGEPORT, CT 06605